UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KADEEM MIKELL,

          Plaintiff,

          v.                        **ORDER**

K&R REALTY INC., GINA CHASE, and JET         21 Civ. 9084 (ER)
HASIMAJ,

          Defendants.

Ramos, D.J.:

      Kadeem Mikell brought this action against K&R Realty Inc., Gina Chase, and Jet Hasimaj on November 2, 2021.  K&R and Hasimaj answered on April 1, 2022.  Chase moved to dismiss Mikell's complaint on April 8, 2022. *See* Doc. 20.  The Court then directed Mikell to respond to Chase's motion by May 9, 2022, with Chase's reply papers due May 16, 2022.  To date, there has been no further action in the case.

      Accordingly, Mikell is directed to submit a status report with respect to Chase's motion by Monday, August 21, 2022, and is warned that failure to do so could result in sanctions, including dismissal for failure to prosecute.

      It is SO ORDERED.

Dated:   August 16, 2022
          New York, New York

                                       Edgardo Ramos, U.S.D.J.